UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; OLD DOMINION FREIGHT LINE, INC. GROUP LONG-TERM DISABILITY PLAN<br><br>                Defendants. | Case No. 2:23−cv−09362 PA (JPRx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED as follows:

1. The above-entitled action shall be dismissed in its entirety with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 21, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE